*Petitioner's Coversheet*



FILED
08 FEB 28 PM 3:21
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Ricky A. Carpenter, Plaintiff,

v. California State Prison
Warden Ornoski,
　　　　Defendant.

CV 08 CASE NO. 1199 WHA

PRISONER'S
IN FORMA PAUPERIS
APPLICATION

I, __Ricky A. Carpenter (B95921)__, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __Approx $140⁰⁰ mo.__   Net: __Approx $140⁰⁰ mo__

Employer: __Prison Industry Authority__
__San Quentin State Prison, San Quentin, CA 94964__

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

__N/A__

2.   Have you received, within the past twelve (12) months, any money from any of the following sources:

　　a.   Business, Profession or        Yes ___ No _X_
　　　　self employment

　　b.   Income from stocks, bonds,     Yes ___ No _X_
　　　　or royalties?