Original

Ricky A. Carpenter
BA5921 / 2N14L
San Quentin, CA 94974

CV 08 1199

WHA

United States District Court
Northern District of California

| Ricky A. Carpenter, Petitioner | Case No: |
| v. San Quentin State Prison Warden ORNOSKI, Respondent | Motion for the Appointment of Counsel |

To the Judge of the above entitled Court, It is requested that the Federal Defender's Office be Appointed to Represent me in this matter for the following reasons: The Petitioner;

1) is unable to Afford Counsel, earning less than $1⁰⁰ hour,

2) has searched for Volunteer Counsel, without Response,

3) is an inmate, without legal training and this is a Complex Case

4) has limited time allotted to the legal library, we are frequently restricted in movement.

5) is unable to get the training tools necessary to present / prepare an effective case prior to the time constraints under the AEDPA.

In the interest of justice, savings of tax dollars and Court resources to correct ERRORS, it is requested that Counsel be Appointed.

### Verification

I am the Petitioner in this matter & I certify that the above is true & correct. Respectfully Submitted,

*[signature]*

Date: 2/24/08

Ricky A. Carpenter
Petitioner Pro Se