

Laura Bakken
17300 NE 32nd Ave.
Ridgefield, WA 98642

C-08-01199 WHA

SAN FRANCISCO CA 941
01 MAR 2008 PM 6 T

Office of the clerk
United States District Court
Northern District of Calif.
450 Golden Gate Ave
San Francisco, CA 94102

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016503
Cashier ID: almaceh
Transaction Date: 03/04/2008
Payer Name: LAURA BAKKEN

WRIT OF HABEAS CORPUS
 For: RICK CARPENTER
 Amount:         $5.00

MONEY ORDER
 Check/Money Order Num: 57882575608
 Amt Tendered:   $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

C 08-1199 WHA

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.