1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

R. Carpenter Plaintiff,
B-95921
vs.
Walden Ornoski
              Defendant.

CV 08    1199
CASE NO. _____ WHA

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **Rich Carpenter**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $120.00      Net: $120.00

Employer: **P I A  SAN Quentin State prison**

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

|    |    |    |    |
|----|----|----|----|
| 9  | a. | Business, Profession or | Yes ___ No _X_ |
| 10 |    | self employment | |
| 11 | b. | Income from stocks, bonds, | Yes ___ No _X_ |
| 12 |    | or royalties? | |
| 13 | c. | Rent payments? | Yes ___ No _X_ |
| 14 | d. | Pensions, annuities, or | Yes ___ No _X_ |
| 15 |    | life insurance payments? | |
| 16 | e. | Federal or State welfare payments, | Yes ___ No _X_ |
| 17 |    | Social Security or other govern- | |
| 18 |    | ment source? | |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.    Are you married?                           Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____  Utilities: _____
23 Food: $ _____  Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____            $_____            $_____
27 _____            $_____            $_____
28 _____            $_____            $_____

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ___  No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16  _3/5/08_____          _____[signature]_____
17  DATE                              SIGNATURE OF APPLICANT

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

B95921

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Rickey Carpenter_ for the last six months
[prisoner name]
_San Quentin_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _211.50_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _211.50_ .

Dated: 3/6/08           _____[signature]_____
                        [Authorized officer of the institution]

- 5 -

```
REPORT ID: TS3030 .701                                              REPORT DATE: 03/06/08
                                                                    PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  SAN QUENTIN PRISON
                            INMATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

                        FOR THE PERIOD: SEP. 05, 2007 THRU MAR. 06, 2008

ACCOUNT NUMBER  : B95921                      BED/CELL NUMBER: N 1 00000000071L
ACCOUNT NAME    : CARPENTER, RICKY ALLEN      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                       TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION      COMMENT        CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  --------------   ------------   ---------  --------   -----------   --------

09/05/2007     BEGINNING BALANCE                                                      85.10
09/10   FR01   CANTEEN RETUR    700946                                     0.05-      85.15
09/10   D550   INMATE PAYROL    0943/AUG07                 150.57                    235.72
09/11   FC01   DRAW-FAC 1       0970/MAIN1                              125.00       110.72
09/26   W419   DONATION-GAVE    1248FDSALE                               94.00        16.72
10/09   D550   INMATE PAYROL    701375                     125.16                    141.88
10/09   FR01   CANTEEN RETUR    701391                                     0.05-     141.93
10/09   FC01   DRAW-FAC 1       1400MAIN1                                50.00        91.93
10/10   W450   DONATION-VETE    1415FDSALE                               91.00         0.93
10/10   D340   EFT DEPOSIT      1414/J-PAY                 300.00                    300.93
10/18   W415   CASH WITHDRAW    1566BURROW 187069497                    200.00       100.93
11/07   FC01   DRAW-FAC 1       1862/M 1ST                              100.93         0.00
11/08   D550   INMATE PAYROL    701878                     136.56                    136.56
11/09   W449   DONATION-ARTS    1910FDSALE                               98.00        38.56
12/04   D550   INMATE PAYROL    702191                      99.27                    137.83
12/10   FR01   CANTEEN RETUR    702279                                     0.43-     138.26
12/10   FC01   DRAW-FAC 1       2291/M1STO                               35.00       103.26
12/17   D340   EFT DEPOSIT      2400/J-PAY                 100.00                    203.26
12/18   W448   DONATION-SQUI    2418FDSALE                              100.00       103.26
12/24   D300   CASH DEPOSIT     2492MAILRM                  50.00                    153.26
        ACTIVITY FOR 2008
01/03   D550   INMATE PAYROL    702608                     145.35                    298.61
01/08   FR01   CANTEEN RETUR    702678                                     0.05-     298.66
01/23   W417   DONATION-AMER    2871FDSALE                               95.00       203.66
01/28   W415   CASH WITHDRAW    2916NIGLIA 187070879                    200.00         3.66
02/04   D550   INMATE PAYROL    702998                     172.42                    176.08
02/06   W497   DONATION LITE    3041FDSALE                               98.75        77.33
02/06   FC01   DRAW-FAC 1       3049/M1ST                                75.00         2.33
02/29   W865   REVERSE LITER    3366REIMBU                               15.00-       17.33
03/03   W512   LEGAL POSTAGE    3381/LEGAL                                2.27        15.06
03/04   D550   INMATE PAYROL    703402                      89.54                    104.60
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3/6/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

R. Carpenter
PO Box B-95921
San Quentin, CA
94974

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES